UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL L. JORDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO POLICE OFFICER ESPINOZA (#530), et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02113-YGR  (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND SANCTIONS** |

Before the Court is Plaintiff's Motion for Protective Order and Sanctions, seeking a court order barring Defendants from conducting discovery, i.e., subpoenaing his medical records and taking his deposition, until "the Court has issued [deadlines] for discovery." Dkt. 20 at 2. Plaintiff also requests that the Court issue sanctions on Defendants for attempting to conduct discovery prior to the "case management order setting deadlines for discovery." *Id.*

On November 6, 2014, the Court issued its "Order of Service" in which it stated as follows:

> Discovery may be taken in this action in accordance with the Federal Rules of Civil Procedure. Leave of the Court pursuant to Rule 30(a)(2) is hereby granted to Defendants to depose Plaintiff and any other necessary witnesses confined in prison.

Dkt. 14 at 7. In *pro* se prisoner actions such as the instant action, the Court need not issue any further "case management order" that allows the parties to conduct discovery. The parties were instructed to conduct discovery in accordance with the Federal Rules of Civil Procedure; therefore, the parties are expected to follow the Court's instructions and no further discovery deadlines will be issued.

In addition, as stated above, Defendants were granted leave to depose Plaintiff and any other necessary witnesses confined in prison pursuant to Rule 30(a)(2) of the Federal Rules of

1  Civil Procedure. *Id.* Contrary to Plaintiff's claim, Defendants have therefore properly noticed
2  Plaintiff's deposition scheduled for February 6, 2015. Dkt. 2 at 1. Plaintiff alleges that
3  Defendants used excessive force on him on a specific occasion. The amount of force used by
4  Defendants as well as the circumstances surrounding such allegations are critical to determining
5  the viability of Plaintiff's claims. Moreover, Plaintiff's evidence will largely consist of his version
6  of the events. Defendants are entitled to discover Plaintiff's version of the events in order to
7  properly evaluate the case, the possibility of a dispositive motion and/or settlement, and their trial
8  strategy. Plaintiff shall attend Defendants' properly noticed deposition on February 6, 2015.
9  Defendants may continue to conduct discovery in the manner they have been doing so. No
10 sanctions are warranted in this action.

Accordingly, Plaintiff's Motion for Protective Order and Sanctions is DENIED. Dkt. 20.

This Order terminates Docket No. 20.

IT IS SO ORDERED.

Dated: February 4, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge