UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL L. JORDAN,

    Plaintiff,

    v.

SAN FRANCISCO POLICE OFICER ESPINOZA (#530), et al.,

    Defendants.

Case No. 14-cv-02113-YGR (PR)

**ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL**

    Before the Court is Plaintiff's second motion for appointment of counsel to represent him in this action. The Court previously denied Plaintiff's first request for appointment of counsel. Dkt. 29. For the same reasons, Plaintiff's second request for the appointment of counsel is DENIED.

    This Order terminates Docket No. 39.

    IT IS SO ORDERED.

Dated: July 22, 2015

                                                      YVONNE GONZALEZ ROGERS
                                                      United States District Judge