UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL L. JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER ESPINOZA, et al.,<br><br>    Defendants. | Case No. 14-cv-02113-YGR (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY** |

    Plaintiff, a state prisoner, filed this *pro se* civil rights action under 42 U.S.C. § 1983. Defendants have filed a motion for summary judgment. Plaintiff filed an opposition to Defendants' motion. Defendants have filed a request for an extension of time to file their reply to Plaintiff's opposition. Dkt. 70.

    Accordingly, the Court GRANTS Defendants' request. The time in which Defendants shall file their reply will be extended up to and including **November 6, 2015.**

    This Order terminates Docket No. 70.

    IT IS SO ORDERED.

Dated: October 29, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge