UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GABRIEL L. JORDAN,

    Plaintiff,

  v.

ESPINOZA, et al.,

    Defendants.

Case No. 14-cv-02113-YGR (NJV)

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of GABRIEL L. JORDAN, inmate no. AT1069, presently in custody at California Medical Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 11, 2016

                                  NANDOR J. VADAS

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, California Medical Facility

       GREETINGS

WE COMMAND that you have and produce the body of GABRIEL L. JORDAN, inmate no. AT1069, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 11:00 a.m. on August 15, 2016, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of JORDAN

v. San Francisco Police Dept., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 11, 2016

                          SUSAN Y. SOONG
                          CLERK, UNITED STATES DISTRICT COURT
                          By: Linn Van Meter
                          Administrative Law Clerk

Dated: April 11, 2016



_____
NANDOR J. VADAS
United States Magistrate Judge