UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GABRIEL L. JORDAN**,

    Plaintiff,

  v.

**ESPINOZA, ET AL.**,

    Defendants.

Case No. 14-cv-02113-YGR

**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND SANCTIONS**

**TO PLAINTIFF**:

You are **HEREBY ORDERED TO SHOW CAUSE** why the Court should not dismiss this lawsuit for your failure to prosecute and why you should not be sanctioned for failure to appear at your Case Management Conference scheduled for October 24, 2016 and your failure to file a case management statement in accordance with the Local Rules and the Court's Standing Order.

A hearing on this Order to Show Cause will be held on **Thursday, November 10, 2016** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By **Friday, November 4, 2016**, plaintiff must file a written response to this Order to Show Cause, if he contests it. Failure to file a written response will be deemed an admission that no good cause exists for plaintiff's failure to appear at the Case Management Conference or his failure to file a case management statement, that the imposition of monetary sanctions is appropriate, and that the Court should dismiss this action without prejudice for failure to prosecute.

If plaintiff files a written response in a timely manner, the Court will address his response at the next Case Management Conference, which is **RESET** for **Monday, December 5, 2016** at **2:00 p.m.**, in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: October 26, 2016

                                               **YVONNE GONZALEZ ROGERS**
                                               **UNITED STATES DISTRICT COURT JUDGE**