UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL L. JORDAN**,<br>Plaintiff,<br>v.<br>**ESPINOZA, ET AL.**,<br>Defendants. | Case No.  14-cv-02113-YGR<br><br>**ORDER WITHDRAWING DISMISSAL OF ACTION; SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 101 |

On November 21, 2016, the Court dismissed the above-captioned action for *pro se* plaintiff's failure to prosecute. (Dkt. No. 99.) On November 30, 2016, the Court received a motion from plaintiff seeking an extension of certain dates, and representing to the Court that he is currently incarcerated and is set to be released on January 28, 2017. (Dkt. No. 101.)[1] Plaintiff also provided as his temporary address during such incarceration as the following: 5325 Broder Blvd., Dublin, California, 94568.

In light of plaintiff's most recent filing, the Court **WITHDRAWS** its prior dismissal of the action. The Clerk of the Court shall reopen the case, and shall mail this order to the address provided by plaintiff above.

The Court further **SETS** a case management conference for **Monday, February 27, 2017** at **2:00 p.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1. No later than **February 20, 2017**, the parties shall file a case management statement in compliance with the Local Rules of the Northern District of California and this Court's Standing Orders.

---

[1] Specifically, plaintiff requested that the Court continue his trial date, which he believed was set for January 9, 2017. No such trial date has been set for this matter. Accordingly, the Court **DENIES** plaintiff's request.

The Court advises plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available in the Clerk's office or through the Court's website, http://cand.uscourts.gov.  The Court also advises plaintiff that additional assistance may be available by making an appointment with the Legal Help Center.  There is no fee for this service.  Please visit the Court's website or call the phone numbers listed below for current office hours, forms, and policies.

To make an appointment with the Legal Help Center in Oakland, plaintiff may visit the Oakland Courthouse, located at 1301 Clay Street, Room 470S, Oakland, California or call (415) 782-8982.

To make an appointment with the Legal Help Center in San Francisco, plaintiff may visit the San Francisco Courthouse, located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, or call (415) 782-8982.

To make an appointment with the Federal Legal Assistance Self-Help Center in San Jose, plaintiff may visit the San Jose Federal Courthouse, located at 280 South 1st Street, 4th Floor, Rooms 4093 & 4095, San Jose, California, or call (408) 297-1480.

This Order terminates Docket Number 101.

**IT IS SO ORDERED.**

Dated: December 6, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**