UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL L. JORDAN**, <br>     Plaintiff, <br><br> v. <br><br> **ESPINOZA, ET AL.**, <br>     Defendants. | Case No. 14-cv-02113-YGR <br><br> **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Plaintiff Gabriel L. Jordan, proceeding *pro se*, brings this action against certain officers from the San Francisco Police Department and the California Highway Patrol alleging the use of unconstitutionally excessive force. The Court previously dismissed this action for failure to prosecute, but withdrew the same after learning from plaintiff that he was currently incarcerated. (Dkt. No. 102.) The Court concurrently set a case management conference for Monday, February 27, 2017, and instructed the parties to file a case management statement in compliance with the Local Rules and the Court's Standing Order no later than February 20, 2017. (*Id.*) Defendants submitted a case management statement on February 17, 2017, indicating that they had not received any communications from plaintiff. (Dkt. No. 105.) Plaintiff has yet to file a case management statement.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why his case should not be dismissed for failure to prosecute. No later than **Friday, March 24, 2017**, plaintiff must file a statement explaining his failure to comply with the Court's order, expressing his intent to continue pursuit of this litigation, and providing the Court with any updates as to his current address. Failure to file such a statement will be deemed an admission that no good cause exists and that dismissal of the instant action for failure to prosecute is appropriate. The Court further reminds plaintiff that it is

his responsibility to communicate with the Court and update the Court on his current circumstances.

The Court **VACATES** the case management conference currently set for Monday, February 27, 2017.

**IT IS SO ORDERED.**

Dated:  February 22, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2